UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | CV 08-7383 RJK | Date | March 5, 2010 |
|---|---|---|---|

| Title | *THE ENKEBOLL CO. v.* **VALLEY STAIR & MOULDING, INC, et al.,** |
|---|---|

| Present: The Honorable | ROBERT J. KELLEHER, U.S. DISTRICT JUDGE |
|---|---|

| Roel Reyes | N/A | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**     **(In Chambers) ORDER TO SHOW CAUSE**

Plaintiff filed a Complaint on November 7, 2008. On March 3, 2009, Plaintiff filed a First Amended Complaint ("FAC").

On April 24, 2009, the Court granted the parties' stipulation for an extension to file an Answer, due May 14, 2009. On May 14, 2009, Valley Stair & Moulding, Inc. filed an Answer to the FAC.

On August 31, 2009, the Court granted Plaintiff leave to file a Second Amended Complaint ("SAC"), adding Defendant Raymond Sellek. On September 18, 2009, Valley Stair & Moulding, Inc. filed an Answer to the SAC.

On November 9, 2009, the Court ordered Plaintiff to show cause in writing why the action should not be dismissed for lack of prosecution as to Raymond Sellek.

On December 7, 2009, the Court granted the parties' second stipulation for an extension to file an Answer, due January 4, 2010.

On January 5, 2010, the Court granted the parties' third stipulation for an extension to file an Answer, due February 1, 2010.

On February 2, 2010, the Court granted the parties' second request to continue certain scheduling dates and fourth request for an extension to file an Answer, due March 3, 2010.

Over a year has passed since the commencement of this action. Plaintiff is hereby **ORDERED TO SHOW CAUSE** in writing on or before **March 12, 2010**, why this action should not be dismissed, with prejudice, for lack of prosecution as to defendant Raymond Sellek.

**IT IS SO ORDERED.**

     :     0

Initials of Preparer

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**